**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
Facsimile: (925) 855-8435
Email: thimesch@sbcglobal.net

Attorneys for Plaintiff
NEVA LEMA,

McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
GUY D. BORGES, ESQ. (No. 111230
WILLIAM L. McCASLIN, ESQ. (No. 249976)
639 Kentucky Street, First Floor
Fairfield, CA 94533
Tel: 707-427-3998
Fax: 707-427-0268

Attorneys for Defendants CARL D. and DOROTHY OPPERUD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA, | CASE NO. 2:08-CV-00271-FCD-JFM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ENLARGE SCHEDULING ORDER DATES AND DISCOVERY RESTRICTIONS** |
| CARL D. and DOROTHY OPPERUD, and DOES 1 through 15, Inclusive, | |
| Defendants. | |

**TO THE COURT:**

The parties continue to work toward a mutual resolution in this case, and are presently completing necessary discovery, including with regard to liability and the nature of plaintiff's medical injuries. To facilitate this process, the parties request that the court enlarge the Scheduling Order restrictions on discovery to permit service of a total of 50

interrogatories per party, as well as to permit service of a single interrogatory directed at all denials of requests for admission, and in the form of California's Judicial Council Interrogatory 17.1. The parties also request that the Court enlarge the deadline for completion of factual discovery and discovery motions by 75 days from May 20, 2009 to August 4, 2009, and expert discovery from July 23, 2009 to October 1, 2009. Finally, to accommodate each of these requests, the parties seek resetting of the balance of the pretrial and trial calendar as follows:

| | |
|---|---|
| Discovery Deadline: | August 4, 2009 |
| Expert Disclosure Due: | August 18, 2009 |
| **Supplemental Disclosures:** | **September 8, 2009** |
| **Expert Discovery Deadline:** | **October 8, 2009** |
| **Dispositive Motions Hearing:** | **December 18, 2009** |
| Final Pretrial Conference: | Feb. 12, 2010 at 1:30 PM |
| Jury Trial: | Apr. 13, 2010 at 9:00 AM |

**SO STIPULATED.**

Dated: March 31, 2009          TIMOTHY S. THIMESCH

_____
Attorneys for Plaintiff NEVA LEMA
and Cross-Defendant CLYDE LEMA

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: March 31, 2009 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| | By: /s/ SIGNATURE AUTHORIZED<br>GUY D. BORGES<br>WILLIAM L. MCCASLIN<br>Attorneys for Defendants<br>CARL D. OPPERUD and DOROTHY J. OPPERUD |

**ORDER**

**IT IS SO ORDERED.**

Dated: March 31, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Ohimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401