1  **Thimesch Law Offices**
   TIMOTHY S. THIMESCH, Esq. (No. 148213)
2  MICHELLE L. THIMESCH, Esq. (No. 140591)
   171 Front Street, Suite 102
3  Danville, CA 94526-3321
   Direct: (925) 855-8235
4  Facsimile: (925) 855-8435
   Email: thimesch@sbcglobal.net
5
   Attorneys for Plaintiff NEVA LEMA
6

7  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
8  GUY D. BORGES, ESQ.   (No. 111230
   WILLIAM L. McCASLIN, ESQ. (No. 249976)
9  639 Kentucky Street, First Floor
   Fairfield, CA 94533
10 Tel: 707-427-3998
   Fax: 707-427-0268
11
   Attorneys for Defendants CARL D. and DOROTHY OPPERUD
12

13                       UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
14

15  NEVA LEMA,                          CASE NO. 2:08-CV-00271-FCD-JFM
                                        Civil Rights
16       Plaintiff,

17  v.                                  **SECOND STIPULATION AND ORDER TO
                                        ENLARGE SCHEDULING ORDER DATES
18  CARL D. and DOROTHY OPPERUD,        AND DISCOVERY RESTRICTIONS**
    and DOES 1 through 15,
19  Inclusive,

20       Defendants.

21  _____ /

22

23 **TO THE COURT:**

24      The parties are working toward a settled resolution in

25  this case, and are still completing the necessary discovery.

26  Three primary eye witnesses of the incident have been

27  identified, but have not been located for deposition.  In

28  addition, plaintiff's deposition has been delayed by her

Thimesch Law Offices
158 HILLTOP CFRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

**Second Stipulation to Enlarge Scheduling Order Dates and
Discovery Restrictions: Case No. 2:08-CV-00271-FCD-JFM**

unrelated hospitalization and medical treatment for a broken neck.  To ensure timely completion of discovery, the parties hereby request an approximate 90 day continuance of all dates in the last pretrial scheduling order as follows:

 Discovery Deadline:    November 4, 2009

 Supplemental Disclosures:  December 1, 2009

 Expert Discovery Deadline:  January 8, 2010

 Dispositive Motions Hearing: March 12, 2010

 Final Pretrial Conference:  May 14, 2010 at **3:00 PM**

 Jury Trial:      July 13, 2010 at 9:00 AM

 **SO STIPULATED.**

Dated: July 17, 2009  TIMOTHY S. THIMESCH

        By: /s/ SIGNATURE AUTHORIZED
        Attorneys for Plaintiff NEVA LEMA
        and Cross-Defendant CLYDE LEMA

Dated:  July 17, 2009  MCNAMARA, DODGE, NEY, BEATTY,
        SLATTERY, PFALZER, BORGES &
        BROTHERS LLP


        By: /s/ SIGNATURE AUTHORIZED
         GUY D. BORGES
         WILLIAM L. MCCASLIN
        Attorneys for Defendants
        CARL D. OPPERUD and DOROTHY J.
        OPPERUD

        **ORDER**

 **IT IS SO ORDERED.**


Dated:  July 20, 2009  _____
        FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401