Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
Facsimile: (925) 855-8435
Email: thimesch@sbcglobal.net

Attorneys for Plaintiff Neva Lema and Third-Party Defendant Clyde Lema


McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
GUY D. BORGES, ESQ.  (No. 111230)
WILLIAM L. McCASLIN, ESQ. (No. 249976)
639 Kentucky Street, First Floor
Fairfield, CA 94533
Tel: 707-427-3998
Fax: 707-427-0268

Attorneys for Defendants and Third-Party Plaintiffs CARL D. and DOROTHY OPPERUD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>   Plaintiff,<br><br>v.<br><br>CARL D. and DOROTHY OPPERUD, and DOES 1 through 15, Inclusive,<br><br>   Defendants. | CASE NO. 2:08-CV-00271-FCD-JFM<br>Civil Rights<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE DISCOVERY AND MOTION DATES** |

**TO THE COURT:**

The parties continue to work toward a settled resolution of this case and to complete the necessary discovery. They have completed full written discovery, subpoenas of the relevant medical records, and depositions of the parties. However, the depositions of three primary, non-party eye-witnesses to the incident remain outstanding. The parties have

1  been unsuccessful in locating these witnesses through
2  conventional means, and the Third-Party-Defendants FERNANDO and
3  MARIE THOMAS, who, at their deposition, promised to later
4  provide the witness addresses by correspondence, have now been
5  non-cooperative in responding to two separate written follow-
6  ups (whose delivery was tracked and confirmed). Consequently,
7  this information is now being sought formally from the THOMASES
8  by written interrogatory, and, as back up, the parties are
9  together moving to obtain the information through the
10 assistance of a private investigator.
11      To ensure timely completion of discovery, the parties need
12 and hereby request an approximate 90 day continuance of the
13 motion and discovery dates, with an approximate 60 day
14 continuance of the dispositive motions deadline, from the last
15 pretrial scheduling order, as follows:
16      Discovery Deadline:              February 4, 2010
17      Expert Disclosure Due:           February 12, 2010
18      Supplemental Disclosures:        March 1, 2010
19      Expert Discovery Deadline:       April 8, 2010
20      Dispositive Motions Hearing:     May 21, 2010
21      Final Pretrial Conference:       July 16, 2010 at 2:30 PM
22 ////

```
     Jury Trial:                   September 28, 2010 at 9:00 AM

     SO STIPULATED.

Dated: October 8, 2009          TIMOTHY S. THIMESCH

                                By:  /s/  SIGNATURE AUTHORIZED
                                Attorneys for Plaintiff NEVA LEMA
                                and Cross-Defendant CLYDE LEMA

Dated:  October 8, 2009         MCNAMARA, DODGE, NEY, BEATTY,
                                SLATTERY, PFALZER, BORGES &
                                BROTHERS LLP


                                By:  /s/  SIGNATURE AUTHORIZED
                                   GUY D. BORGES
                                   WILLIAM L. MCCASLIN
                                   Attorneys for Defendants
                                   CARL D. OPPERUD and DOROTHY J.
                                   OPPERUD
```

**ORDER**

**IT IS SO ORDERED.**

Date: October 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

Second Stipulation to Enlarge Scheduling Order Dates and Discovery
Restrictions: Case No. 2:08-CV-00271-FCD-JFM                              3