# Thimesch Law Offices

TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
Facsimile: (925) 855-8435
Email: thimesch@sbcglobal.net

Attorneys for Plaintiff Neva Lema and Third-Party Defendant Clyde Lema

McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
GUY D. BORGES, ESQ.  (No. 111230)
WILLIAM L. McCASLIN, ESQ. (No. 249976)
639 Kentucky Street, First Floor
Fairfield, CA 94533
Tel: 707-427-3998
Fax: 707-427-0268

Attorneys for Defendants and Third-Party Plaintiffs CARL D. and DOROTHY OPPERUD

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>    Plaintiff,<br><br>v.<br><br>CARL D. and DOROTHY OPPERUD,<br>and DOES 1 through 15,<br>Inclusive,<br><br>    Defendants. | CASE NO. 2:08-CV-00271-FCD-KJN<br>Civil Rights<br><br>**ORDER FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; AND TO ENLARGE SCHEDULING ORDER DATES** |

**TO THE COURT:**

The last status report advised of the untimely death of defendant CARL D. OPPERUD, and the complications on this case imposed by his probate and a possible reorganization. Since that time, the parties have significantly advanced the case toward resolution while taking into account these complications. To assist final resolution, the parties seek referral to a further

settlement conference before the assigned magistrate judge, the Honorable Kendall J. Newman (waivers have previously been filed). The parties need significant assistance. Resolution may involve using real property as consideration. Moreover, certain ethical conflicts between counsel and parties would be inherent in this type of transaction. Full advisement and disclosure on the record will assist this process.

To preserve the scarce resources now available to the case and advance these settlement efforts, the parties request a further extension of deadlines as follows:

| | |
|---|---|
| Discovery Deadline: | June 30, 2010 |
| Expert Disclosure Due: | June 15, 2010 |
| Supplemental Disclosures: | June 30, 2010 |
| Expert Discovery Deadline: | August 15, 2010 |

**SO STIPULATED.**

Dated: May 3, 2010          TIMOTHY S. THIMESCH

                            By: /s/  SIGNATURE AUTHORIZED
                            Attorneys for Plaintiff NEVA LEMA
                            and Cross-Defendant CLYDE LEMA

Dated: May 3, 2010          MCNAMARA, DODGE, NEY, BEATTY,
                            SLATTERY, PFALZER, BORGES &
                            BROTHERS LLP

                            By: /s/  SIGNATURE AUTHORIZED
                            GUY D. BORGES
                            WILLIAM L. MCCASLIN
                            Attorneys for Defendants
                            CARL D. OPPERUD and DOROTHY J.
                            OPPERUD

/ / /

## ORDER

A Settlement Conference is hereby set for **June 28, 2010 at 9:00 AM** in Courtroom #25 before **Magistrate Judge Kendall J. Newman**. Within seven (7) days from this order, the parties shall file waivers of disqualification, pursuant to Local Rule 270(b). Furthermore, the parties are directed to exchange non-confidential settlement conference statements seven (7) days prior to the settlement conference. These statements shall simultaneously be delivered to the Court. If a party desires to share additional confidential information with the settlement judge, the filing party may do so pursuant to the provisions of Local Rule 270(b) and (e).

The Court also modifies the Pretrial Scheduling Order as follows:

| | |
|---|---|
| Discovery Deadline: | June 30, 2010 |
| Expert Disclosure Due: | June 15, 2010 |
| Supplemental Disclosures: | June 30, 2010 |
| Expert Discovery Deadline: | August 15, 2010 |
| **Dispositive Motion Deadline:** | **October 22, 2010** |
| **Final Pretrial Conference:** | **January 7, 2011 at 2:30 PM** |
| **Jury Trial:** | **March 15, 2011 at 9:00 AM** |

Dated: May 4, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE