## Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
Facsimile: (925) 855-8435
Email: thimesch@sbcglobal.net

Attorneys for Plaintiff Neva Lema and Third-Party Defendant Clyde Lema


McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
GUY D. BORGES, ESQ.  (No. 111230)
WILLIAM L. McCASLIN, ESQ. (No. 249976)
639 Kentucky Street, First Floor
Fairfield, CA 94533
Tel: 707-427-3998
Fax: 707-427-0268

Attorneys for Defendants and Third-Party Plaintiffs CARL D. and DOROTHY OPPERUD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>        Plaintiff,<br><br>v.<br><br>[CARL D.] and DOROTHY OPPERUD, and DOES 1 through 15, Inclusive,<br><br>        Defendants. | CASE NO. 2:08-CV-00271-FCD-KJN<br>Civil Rights<br><br><br>**STIPULATION AND ORDER TO ENLARGE SCHEDULING ORDER DATES** |

**TO THE COURT:**

Due to the issues and unexpected developments outlined in the previous Status Report, including the untimely death of defendant Carl Opperud, the Court graciously granted the parties' request for referral to a Further Settlement Conference, which has now been set for June 28th, 2010.  However,

this date, and the new deadlines that were set at the same time, conflict substantially in that the parties will be required to complete discovery before the Settlement Conference. This creates a extreme hardship and will likely prejudice settlement. Because of Mr. Opperud's death, the available resources for fully resolving the case are already scare, and there is simply no extra resources for completing depositions and expert disclosures which will likely prove unnecessary if the case settles as expected on June 28. Therefore, to avoid this hardship and maximize the prospects of settlement, the parties request one last indulgence, as follows:

    Discovery Deadline:                  July 30, 2010

    Expert Disclosure Due:             July 15, 2010

    Supplemental Disclosures:         July 30, 2010

    Expert Discovery Deadline:       September 15, 2010

    **SO STIPULATED.**


Dated: May 21, 2010        TIMOTHY S. THIMESCH

                                    By: <u>/s/   SIGNATURE AUTHORIZED</u>
                                    Attorneys for Plaintiff NEVA LEMA
                                    and Cross-Defendant CLYDE LEMA

Dated:  May 21, 2010

        MCNAMARA, DODGE, NEY, BEATTY,
        SLATTERY, PFALZER, BORGES &
        BROTHERS LLP


        By:  /s/   SIGNATURE AUTHORIZED
            GUY D. BORGES
            WILLIAM L. MCCASLIN
            Attorneys for Defendants
            CARL D. OPPERUD and DOROTHY J.
            OPPERUD


## ORDER

**IT IS SO ORDERED.**

Dated: May 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE