Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
Facsimile: (925) 855-8435
Email: thimesch@sbcglobal.net

Attorneys for Plaintiff Neva Lema and Third-Party Defendant Clyde Lema


McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
GUY D. BORGES, ESQ.  (No. 111230)
WILLIAM L. McCASLIN, ESQ. (No. 249976)
639 Kentucky Street, First Floor
Fairfield, CA 94533
Tel: 707-427-3998
Fax: 707-427-0268

Attorneys for Defendants and Third-Party Plaintiffs CARL D. and DOROTHY OPPERUD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA, | CASE NO. 2:08-CV-00271-FCD-KJN |
| | Civil Rights |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ENLARGE SCHEDULING ORDER DATES** |
| [CARL D.] and DOROTHY OPPERUD, and DOES 1 through 15, Inclusive, | |
| Defendants.        / | |

**TO THE COURT:**

Due to the issues and unexpected developments outlined in the previous Status Report, including the untimely death of defendant Carl Opperud, the Court graciously granted the parties' request for referral to a Further Settlement Conference, which has now been set for August 6th, 2010. Due to the Court's unavailability, this date was continued from an

Thimesch Law Offices
158 HILLTOP CFRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

Stipulation and Order to Enlarge Scheduling Order Dates and Discovery Restrictions:
Case No. 2:08-CV-00271-FCD-JFM

1  earlier setting of June 28th, 2010. However, this date, and the
2  new deadlines that were set at the same time, conflict
3  substantially in that the parties will be required to complete
4  discovery before the Settlement Conference. This creates a
5  extreme hardship and will likely prejudice settlement. Because
6  of Mr. Opperud's death, the available resources for fully
7  resolving the case are already scarce, and there is simply no
8  extra resources for completing depositions and expert
9  disclosures which will be unnecessary if the case settles as
10 expected on August 6, 2010. Therefore, to avoid this hardship
11 and maximize the prospects of settlement, the parties request
12 one last indulgence, as follows:

13      Discovery Deadline:                August 30, 2010
14      Expert Disclosure Due:             August 15, 2010
15      Supplemental Disclosures:          August 30, 2010
16      Expert Discovery Deadline:         October 15, 2010
17
18      **SO STIPULATED.**
19 Dated: August 5, 2010              TIMOTHY S. THIMESCH

20                                    By:  /s/  SIGNATURE AUTHORIZED
                                      Attorneys for Plaintiff NEVA LEMA
21                                    and Cross-Defendant CLYDE LEMA

22 Dated:  August 5, 2010             MCNAMARA, DODGE, NEY, BEATTY,
                                      SLATTERY, PFALZER, BORGES &
23                                    BROTHERS LLP

24
                                      By:  /s/  SIGNATURE AUTHORIZED
25                                        GUY D. BORGES
                                          WILLIAM L. MCCASLIN
26                                        Attorneys for Defendants
                                          CARL D. OPPERUD and DOROTHY J.
27                                        OPPERUD

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

Stipulation and Order to Enlarge Scheduling Order Dates and Discovery Restrictions:
Case No. 2:08-CV-00271-FCD-JFM                                                         2

1
2               **IT IS SO ORDERED.**                       **ORDER**

3  Date: August 5, 2010
4                                           _____
                                            FRANK C. DAMRELL, JR.
5                                           UNITED STATES DISTRICT JUDGE

Ohimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

Stipulation and Order to Enlarge Scheduling Order Dates and Discovery Restrictions:   2
Case No. 2:08-CV-00271-FCD-JFM